

# NUMBER 13-16-00362-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE STATE FARM LLOYDS

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Rodriguez, Benavides, and Perkes**
**Per Curiam Order**

Relator, State Farm Lloyds, filed a petition for writ of mandamus and an emergency motion for temporary relief in the above cause on July 11, 2016. Through this original proceeding, relator seeks to set aside a discovery order compelling it to produce "reinspection files for Defendant Sylvia Garza on hail losses in Texas for the period of July 17, 2012 through July 17, 2014" in response to Request for Production No. 18. Through its emergency motion for temporary relief, relator seeks to stay the discovery at issue pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that the motion should be granted. The motion for emergency relief is GRANTED and the trial court's June 24, 2016 order is stayed as to Request for Production No. 18 pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Angelica Moreno Gongora, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
12th day of July, 2016.